Scott E. Gizer, Esq., Nevada Bar No. 12216
 *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
 *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, Nevada Bar Number 12277
 *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Boulevard, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE MORGANSTANLEY ABS CAPITAL I INC. TRUST 2003-NC10 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-NC10,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>Defendants. | Case No.: 2:20-cv-02268-JCM-VCF<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT CHICAGO TITLE INSURANCE COMPANY'S TIME TO RESPOND TO MOTION FOR REMAND [ECF No. 9] AND MOTION FOR FEES AND COSTS [ECF No. 10]**<br><br>**(First Request)** |



**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**

595738.1

Defendant Chicago Title Insurance Company ("Chicago Title") and Plaintiff Deutsche Bank National Trust Company as Trustee for the Certificateholders of the Morgan Stanley ABS Capital I Inc. Trust 2003-NC10, Mortgage Pass-Through Certificates, Series 2003-NC10 ("Deutsche Bank") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On December 15, 2020, Deutsche Bank filed its Complaint in the Eighth Judicial District Court, Case No. A-20-826490-C [ECF No. 1-1];
2. On December 15, 2020, Chicago Title filed a Petition for Removal to this Court [ECF No. 1];
3. On January 14, 2021, Deutsche Bank filed a Motion for Remand [ECF No. 9];
4. On January 14, 2021, Deutsche Bank filed a Motion for Costs and Fees [ECF No. 10];
5. Chicago Title's deadline to respond to Deutsche Bank's Motion for Remand and Motion for Costs and Fees is currently January 28, 2021;
6. Chicago Title's counsel is requesting an extension until Thursday, February 11, 2021, to file its response to the pending Motion for Remand and Motion for Costs and Fees;
7. Chicago Title requests a brief extension of time to respond to the Motion for Remand and Motion for Costs and Fees to afford Chicago Title additional time to respond to the legal arguments set forth in Deutsche Bank's motions;
8. Deutsche Bank does not oppose the requested extension;
9. This is the first request for an extension which is made in good faith and not for purposes of delay;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**IT IS SO STIPULATED** that Chicago Title's deadline to respond to Deutsche Bank's Motion for Remand [ECF No. 9] and Motion for Costs and Fees [ECF No. 10] is hereby extended through and including February 11, 2021.

Dated: January 22, 2021   EARLY SULLIVAN WRIGHT
                            GIZER & McRAE LLP

                          By: _/s/-- Sophia S. Lau_
                              SCOTT E. GIZER
                              SOPHIA S. LAU
                              Attorneys for Defendant CHICAGO TITLE
                              INSURANCE COMPANY

Dated: January 22, 2021   SINCLAIR BRAUN LLP

                          By: _/s/-Kevin S. Sinclair_
                              KEVIN S. SINCLAIR
                              Attorneys for Defendant CHICAGO TITLE
                              INSURANCE COMPANY

Dated: January 22, 2021   WRIGHT FINLAY & ZAK, LLP

                          By: _/s/-Lindsay D. Robbins_
                              LINDSAY D. ROBBINS
                              Attorneys for Plaintiff DEUTSCHE BANK
                              TRUST COMPANY

**IT IS SO ORDERED:**

Dated: January 25, 2021          By: [signature]
                                     UNITED STATES JUDGE



**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

          */s/ D'Metria Bolden*
          D'METRIA BOLDEN
          An Employee of EARLY SULLIVAN
          WRIGHT GIZER & McRAE LLP