1  Scott E. Gizer, Esq., Nevada Bar No. 12216
     *sgizer@earlysullivan.com*
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
     *slau@earlysullivan.com*
3  EARLY SULLIVAN WRIGHT
     GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
   Las Vegas, Nevada 89148
5  Telephone:  (702) 331-7593
   Facsimile:  (702) 331-1652
6
   Kevin S. Sinclair, State Bar Number 12277
7    *ksinclair@sinclairbraun.com*
   SINCLAIR BRAUN LLP
8  16501 Ventura Blvd, Suite 400
   Encino, California 91436
9  Telephone:  (213) 429-6100
   Facsimile:  (213) 429-6101
10
   Attorneys for Defendants
11 CHICAGO TITLE INSURANCE COMPANY and UNITED
   TITLE OF NEVADA, INC.
12
   DESIGNATED LOCAL COUNSEL FOR SERVICE OF
13 PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

14 Gary L. Compton, State Bar No. 1652
   2950 E. Flamingo Road, Suite L
15 Las Vegas, Nevada 89121

16 **UNITED STATES DISTRICT COURT**

17 **DISTRICT OF NEVADA**

| | |
|---|---|
| 18  DEUTSCHE BANK NATIONAL TRUST COMPANY, | Case No.: 2:20-CV-02268-JCM-VCF |
| 19                             Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 1)** |
| 20                    vs. | |
| 21 FIDELITY NATIONAL TITLE GROUP, INC. et al., | **(FIRST REQUEST)** |
| 22                             Defendants. | |

COMES NOW defendants Chicago Title Insurance Company ("Chicago Title") and United Title of Nevada, Inc. ("United Title") (collectively "Defendants") and plaintiff Deutsche Bank National Trust Company ("Deutsche Bank"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:





1. On December 15, 2020 Deutsche Bank filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On December 15, 2020, Chicago Title removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. On January 8, 2021, Deutsche Bank served its complaint on Chicago Title and United Title;

4. Chicago Title's and United Title's respective responses to Deutsche Bank's complaint are currently due on Friday, January 29, 2021;

5. Counsel for Defendants request a 31-day extension until Monday, March 1, 2021 for Defendants to file their respective responses to Deutsche Bank's complaint to afford Defendants' counsel additional time to review and respond to Deutsche Bank's complaint.

6. Counsel for Deutsche Bank does not oppose the requested extension;

7. This is the first request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

8. This stipulation is entered into without waiving any of Defendants' objections under Fed. R. Civ. P. 12.

//
//
//
//
//
//
//
//
//
//
//
//

**IT IS SO STIPULATED** that Defendants' respective deadlines to respond to the complaint is hereby extended through and including March 1, 2021.

Dated:  January 27, 2021         SINCLAIR BRAUN LLP

By:  /s/-Kevin S. Sinclair
　　　KEVIN S. SINCLAIR
　　　Attorneys for Defendant
　　　CHICAGO TITLE INSURANCE COMPANY
　　　and UNITED TITLE OF NEVADA, INC.

Dated:  January 27, 2021         WRIGHT FINLAY & ZAK, LLP

By:  /s/-Darren T. Brenner
　　　DARRENT T. BRENNER
　　　Attorneys for Plaintiff
　　　DEUTSCHE BANK NATIONAL TRUST
　　　COMPANY

**IT IS SO ORDERED.**

　　　Dated this  28th  day of  January , 2021.

　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE



**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**