Scott E. Gizer, Esq., Nevada Bar No. 12216
*sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
*slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Kevin S. Sinclair, Nevada Bar Number 12277
*ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Boulevard, Suite 400
Encino, California 91436
Telephone: (213) 429-6100
Facsimile: (213) 429-6101

Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE MORGANSTANLEY ABS CAPITAL I INC. TRUST 2003-NC10 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-NC10,

Plaintiff,

vs.

FIDELITY NATIONAL TITLE GROUP, INC., et al.,

Defendants.

Case No.: 2:20-cv-02268-JCM-VCF

**STIPULATION AND ORDER EXTENDING DEFENDANT CHICAGO TITLE INSURANCE COMPANY'S TIME TO RESPOND TO MOTION FOR REMAND [ECF No. 9] AND MOTION FOR FEES AND COSTS [ECF No. 10]**

**(Second Request)**



Defendant Chicago Title Insurance Company ("Chicago Title") and Plaintiff Deutsche Bank National Trust Company as Trustee for the Certificateholders of the Morgan Stanley ABS Capital I Inc. Trust 2003-NC10, Mortgage Pass-Through Certificates, Series 2003-NC10 ("Deutsche Bank") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On December 15, 2020, Deutsche Bank filed its Complaint in the Eighth Judicial District Court, Case No. A-20-826490-C [ECF No. 1-1];
2. On December 15, 2020, Chicago Title filed a Petition for Removal to this Court [ECF No. 1];
3. On January 14, 2021, Deutsche Bank filed a Motion for Remand [ECF No. 9];
4. On January 14, 2021, Deutsche Bank filed a Motion for Costs and Fees [ECF No. 10];
5. Chicago Title's deadline to respond to Deutsche Bank's Motion for Remand and Motion for Costs and Fees was January 28, 2021;
6. On January 22, 2021, Chicago Title filed a Stipulation and Proposed Order requesting until Thursday, February 11, 2021 to file a response to the pending Motion for Remand and Motion for Costs and Fees [ECF No. 11];
7. On January 25, 2021, the Court granted Chicago Title's request and ordered Chicago Title's deadline to respond to Deutsche Bank's Motion for Remand and Motion for Costs and Fees to be extended through and including February 11, 2021 [ECF No. 12];
8. Chicago Title's counsel is requesting an extension until Thursday, February 25, 2021, to file its response to the pending Motion for Remand and Motion for Costs and Fees;
9. Chicago Title requests a brief extension of time to respond to the Motion for Remand and Motion for Costs and Fees to afford Chicago Title additional time to respond to the legal arguments set forth in Deutsche Bank's motions;
10. Deutsche Bank does not oppose the requested extension;
11. This is the second request for an extension which is made in good faith and not for purposes of delay;

/ / /



**IT IS SO STIPULATED** that Chicago Title's deadline to respond to Deutsche Bank's Motion for Remand [ECF No. 9] and Motion for Costs and Fees [ECF No. 10] is hereby extended through and including February 25, 2021.

Dated: February 8, 2021

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP

By: */s/-- Sophia S. Lau*
SCOTT E. GIZER
SOPHIA S. LAU
Attorneys for Defendant CHICAGO TITLE INSURANCE COMPANY

Dated: February 8, 2021

SINCLAIR BRAUN LLP

By: */s/-Kevin S. Sinclair*
KEVIN S. SINCLAIR
Attorneys for Defendant CHICAGO TITLE INSURANCE COMPANY

Dated: February 8, 2021

WRIGHT FINLAY & ZAK, LLP

By: */s/-Lindsay D. Robbins*
LINDSAY D. ROBBINS
Attorneys for Plaintiff DEUTSCHE BANK TRUST COMPANY

**IT IS SO ORDERED:**

Dated: February 10, 2021

By: [signature]
UNITED STATES DISTRICT COURT JUDGE



# CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

*/s/ D'Metria Bolden*
D'METRIA BOLDEN
An Employee of EARLY SULLIVAN WRIGHT GIZER & McRAE LLP