Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, State Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
CHICAGO TITLE INSURANCE COMPANY, FIDELITY NATIONAL TITLE GROUP, INC. and UNITED TITLE OF NEVADA, INC.

DESIGNATED LOCAL COUNSEL FOR SERVICE OF PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>                Plaintiff,<br><br>         vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>                Defendants. | Case No.: 2:20-CV-02268-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 1)**<br><br>**(SECOND REQUEST)** |

COMES NOW defendants Chicago Title Insurance Company ("Chicago Title"), Fidelity National Title Group, Inc. ("FNTG") and United Title of Nevada, Inc. ("United Title") (collectively "Defendants") and plaintiff Deutsche Bank National Trust Company ("Deutsche

---

1

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

Bank"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1. On December 15, 2020 Deutsche Bank filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On December 15, 2020, Chicago Title removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. Defendants' respective responses to Deutsche Bank's complaint are currently due on Friday, March 1, 2021;

4. Counsel for Defendants request a 30-day extension until March 31, 2021 for Defendants to file their respective responses to Deutsche Bank's complaint to afford Defendants' counsel additional time to review and respond to Deutsche Bank's complaint.

5. Counsel for Deutsche Bank does not oppose the requested extension;

6. This is the second request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

7. This stipulation is entered into without waiving any of Defendants' objections under Fed. R. Civ. P. 12.

//
//
//
//
//
//
//
//
//
//
//
//


**IT IS SO STIPULATED** that Defendants' respective deadlines to respond to the complaint is hereby extended through and including March 31, 2021.

Dated: February 26, 2021          SINCLAIR BRAUN LLP

By:   */s/-Kevin S. Sinclair*
     KEVIN S. SINCLAIR
     Attorneys for Defendants
     CHICAGO TITLE INSURANCE
     COMPANY, FIDELITY NATIONAL TITLE
     GROUP, INC. and UNITED TITLE OF
     NEVADA, INC.

Dated: February 26, 2021          WRIGHT FINLAY & ZAK, LLP

By:   */s/-Darren T. Brenner*
     DARRENT T. BRENNER
     Attorneys for Plaintiff
     DEUTSCHE BANK NATIONAL TRUST
     COMPANY

**IT IS SO ORDERED.**

Dated this <u>2nd</u> day of <u>March</u>, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE



**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**