1  Scott E. Gizer, Esq., Nevada Bar No. 12216
    *sgizer@earlysullivan.com*
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
    *slau@earlysullivan.com*
3  EARLY SULLIVAN WRIGHT
    GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
   Las Vegas, Nevada 89148
5  Telephone: (702) 331-7593
   Facsimile: (702) 331-1652

6

7  Kevin S. Sinclair, Nevada Bar Number 12277
    *ksinclair@sinclairbraun.com*
   SINCLAIR BRAUN LLP
8  16501 Ventura Boulevard, Suite 400
   Encino, California 91436
9  Telephone: (213) 429-6100
   Facsimile: (213) 429-6101

10

11 Attorneys for Defendant
   CHICAGO TITLE INSURANCE COMPANY

12 DESIGNATED LOCAL COUNSEL FOR SERVICE OF
   PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

13

14 Gary L. Compton, State Bar No. 1652
   2950 E. Flamingo Road, Suite L
   Las Vegas, Nevada 89121

15

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE MORGANSTANLEY ABS CAPITAL I INC. TRUST 2003-NC10 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-NC10,<br><br>                    Plaintiff,<br><br>        vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>                    Defendants. | Case No.: 2:20-cv-02268-JCM-VCF<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT CHICAGO TITLE INSURANCE COMPANY'S TIME TO RESPOND TO MOTION FOR REMAND [ECF No. 9] AND MOTION FOR FEES AND COSTS [ECF No. 10]**<br><br>**(Fourth Request)** |



**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**

604268.1

Defendant Chicago Title Insurance Company ("Chicago Title") and Plaintiff Deutsche Bank National Trust Company as Trustee for the Certificate holders of the Morgan Stanley ABS Capital I Inc. Trust 2003-NC10, Mortgage Pass-Through Certificates, Series 2003-NC10 ("Deutsche Bank") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On December 15, 2020, Deutsche Bank filed its Complaint in the Eighth Judicial District Court, Case No. A-20-826490-C [ECF No. 1-1];

2. On December 15, 2020, Chicago Title filed a Petition for Removal [ECF No. 1];

3. On January 14, 2021, Deutsche Bank filed a Motion for Remand [ECF No. 9];

4. On January 14, 2021, Deutsche Bank filed a Motion for Costs and Fees [ECF No. 10];

5. Chicago Title's deadline to respond to Deutsche Bank's Motion for Remand and Motion for Costs and Fees was January 28, 2021;

6. On January 22, 2021, Chicago Title filed a Stipulation and Proposed Order requesting until Thursday, February 11, 2021 to file a response to the pending Motion for Remand and Motion for Costs and Fees [ECF No. 11];

7. On January 25, 2021, the Court granted Chicago Title's request and ordered Chicago Title's deadline to respond to Deutsche Bank's Motion for Remand and Motion for Costs and Fees to be extended through and including February 11, 2021 [ECF No. 12];

8. On February 8, 2021, Chicago Title filed a second Stipulation and Proposed Order requesting until Thursday, February 25, 2021 to file a response to the pending Motion for Remand and Motion for Costs and Fees [ECF No. 19];

9. On February 10, 2021, the Court granted Chicago Title's request and ordered Chicago Title's deadline to respond to Deutsche Bank's Motion for Remand and Motion for Costs and Fees to be extended through and including February 25, 2021 [ECF No. 20];

10. On February 24, 2021 Chicago Title filed a third Stipulation and Proposed Order requesting until Thursday, March 18, 2021 to file a response to the pending Motion for Remand and Motion for Costs and Fees [ECF No. 22];



11. Chicago Title's counsel is requesting one more brief extension until Thursday, March 25, 2021, to file its response to the pending Motion for Remand and Motion for Costs and Fees;

12. Chicago Title requests an extension of time to respond to the Motion for Remand and Motion for Costs and Fees to afford Chicago Title additional time to finalize their response to the legal arguments set forth in Deutsche Bank's motions;

13. Deutsche Bank does not oppose the requested extension;

14. This is the fourth request for an extension which is made in good faith and not for purposes of delay;

**IT IS SO STIPULATED** that Chicago Title's deadline to respond to Deutsche Bank's Motion for Remand [ECF No. 9] and Motion for Costs and Fees [ECF No. 10] is hereby extended through and including March 25, 2021.

Dated: March 18, 2021

EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP

By: _/s/-- Sophia S. Lau_
SCOTT E. GIZER
SOPHIA S. LAU
Attorneys for Defendant CHICAGO TITLE INSURANCE COMPANY

Dated: March 18, 2021

SINCLAIR BRAUN LLP

By: _/s/-Kevin S. Sinclair_
KEVIN S. SINCLAIR
Attorneys for Defendant CHICAGO TITLE INSURANCE COMPANY

Dated: March 18, 2021

WRIGHT FINLAY & ZAK, LLP

By: _/s/-Lindsay D. Robbins_
LINDSAY D. ROBBINS
Attorneys for Plaintiff DEUTSCHE BANK TRUST COMPANY

**IT IS SO ORDERED:**

Dated: March 19, 2021                    By: _[signature] James C. Mahan_
UNITED STATES DISTRICT COURT JUDGE



2
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**

604268.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

                               */s/ D'Metria Bolden*
                               D'METRIA BOLDEN
                               An Employee of EARLY SULLIVAN
                               WRIGHT GIZER & McRAE LLP