WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee for the Certificateholders of the Morgan Stanley ABS Capital I Inc. Trust 2003-NC10, Mortgage Pass-Through Certificates, Series 2003-NC10*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE MORGAN STANLEY ABS CAPITAL I INC. TRUST 2003-NC 10, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-NC10, <br><br> Plaintiff, <br><br> vs. <br><br> FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY; UNITED TITLE OF NEVADA, INC.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive, <br><br> Defendants. | Case No.: 2:20-cv-02268-JCM-VCF <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO CHICAGO TITLE'S OPPOSITION TO MOTION FOR REMAND AND MOTION FOR COSTS AND FEES [ECF No. 29]** <br><br> **[First Request]** |

Pending before the Court is Plaintiff, Deutsche Bank National Trust Company, as Trustee for the Certificateholders of the Morgan Stanley ABS Capital I Inc. Trust 2003-NC10, Mortgage Pass-Through Certificates, Series 2003-NC10's ("Deutsche Bank") Motion for Remand (ECF No. 9) and Motion for Costs and Fees (ECF No. 10). Defendant, Chicago Title Insurance Company ("Chicago Title") filed its Opposition on March 25, 2021 (ECF No. 29). Deutsche Bank's response is currently due on April 1, 2021.  Deutsche Bank requests a brief,

one-week extension to its response deadline in order to review and respond to the points and authorities cited to in Chicago Title's Opposition. Chicago Title does not oppose the request for an extension. Accordingly, the Parties stipulate and agree to a one-week extension of time for Deutsche Bank's Reply though and including April 8, 2021.

**IT IS SO STIPULATED.**

| DATED this 1ˢᵗ day of April, 2021. | DATED this 1ˢᵗ day of April, 2021. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| /s/ Lindsay D. Robbins, Esq. | /s/ Kevin Sinclair, Esq. |
| Lindsay D. Robbins, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee for the Certificateholders of the Morgan Stanley ABS Capital I Inc. Trust 2003-NC10, Mortgage Pass-Through Certificates, Series 2003-NC10* | Kevin Sinclair, Esq.<br>Nevada Bar No. 12277<br>16501 Venture Boulevard, Suite 400<br>Encino, California 91436<br>*Attorneys for Defendants, Fidelity National Title Group, Inc., Chicago Title Insurance Company and United Title of Nevada, Inc.* |

**IT IS SO ORDERED.**

Dated  April 2, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE