WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company as Trustee for the Certificate-holders of the Morgan Stanley ABS Capital I Inc. Trust 2003-NC10, Mortgage Pass-Through Certificates, Series 2003-NC10*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE MORGAN STANLEY ABS CAPITAL I INC. TRUST 2003-NC10, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-NC10,<br><br>                    Plaintiff,<br><br>      vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY; UNITED TITLE OF NEVADA, INC.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>                    Defendants. | Case No.:  2:20-cv-02268-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO DEFENDANTS' OPPOSITION TO MOTION TO LIFT STAY [ECF No. 51]**<br><br>**[First Request]** |

Plaintiff, Deutsche Bank National Trust Company as Trustee for the Certificateholders of the Morgan Stanley ABS Capital I Inc. Trust 2003-NC10, Mortgage Pass-Through Certificates, Series 2003-NC10 ("Deutsche Bank"), and Defendants Fidelity National Title Group, Inc., Chicago Title Insurance Company and United Title of Nevada, Inc. (collectively "Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On June 2, 2021, this Court issued its Order granting Defendants' Motion to Stay Case pending the Ninth Circuit's resolution of *Wells Fargo Bank, N.A. v. Fidelity National Title Ins. Co.*, Ninth Cir. Case No. 19-17332, Case No. 3:19-cv-00241-MMD-WGC [ECF No. 47].

2. On December 29, 2021, Deutsche Bank filed a Motion to Lift Stay and Reopen Case [ECF No. 48].

3. On January 10, 2022, Defendants filed their Opposition to Deutsche Bank's Motion to Lift Stay and Reopen Case [ECF No. 51] and a Countermotion to Extend Stay pending a recent appeal to the Nevada Supreme Court in *PennyMac Corporation v. Westcor Land Title Insurance Company*, Nevada Supreme Court Case No. 83737 [ECF No. 52].

4. Deutsche Bank's deadline to respond to Defendants' Opposition is January 18, 2022, while its deadline to respond to Defendants' Countermotion is January 24, 2022.

5. Deutsche Bank requests a seven (7) day extension of time to file its response to Defendants' Opposition to the Motion to Lift Stay and Reopen Case, such that the deadline shall fall on the same deadline for Deutsche Bank to respond to Defendants' Countermotion, January 24, 2022. The extension is requested to afford Deutsche Bank's counsel additional time to review and respond to the arguments in Defendants' Opposition.

6. Counsel for Defendants do not oppose the requested extension.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1     7. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 18th day of January, 2022.      DATED this 18th day of January, 2022.

WRIGHT, FINLAY & ZAK, LLP      SINCLAIR BRAUN LLP

*/s/ Lindsay D. Dragon*      */s/ Kevin S. Sinclair*
Lindsay D. Dragon, Esq.      Kevin S. Sinclair, Esq.
Nevada Bar No. 13474      Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200      16501 Ventura Blvd., Suite 400
Las Vegas, NV 89117      Encino, CA 91436
*Attorney for Plaintiff, Deutsche Bank National Trust Company as Trustee for the Certificateholders of the Morgan Stanley ABS Capital I Inc. Trust 2003-NC10, Mortgage Pass-Through Certificates, Series 2003-NC10*      *Attorney for Defendants, Fidelity National Title Group, Inc., Chicago Title Insurance Company and United Title of Nevada, Inc.*

**IT IS SO ORDERED.**

Dated January 18, 2022

_____
UNITED STATES DISTRICT COURT JUDGE